SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District
## 301 Fannin Street
## Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

May 12, 2015

Michael William Elliott
905 Front Street
Richmond, TX 77469
* DELIVERED VIA E-MAIL *

Daniel DeSantiago-Caraza
#145761
Fort Bend County Jail
1410 Williams Way Blvd
Richmond, TX 77469

John J. Harrity III
Assistant District Attorney
Fort Bend County
301 Jackson Street Room 101
Richmond, TX 77469
* DELIVERED VIA E-MAIL *

**RE:**   **Court of Appeals Number:** 01-14-00506-CR     **Trial Court Case Number:** 12-DCR-059524

**Style:**   Daniel DeSantiago-Caraza
v.
The State of Texas

The First Court of Appeals has set the above cause for submission on **June 16, 2015** before a panel consisting of Chief Justice Radack, Justice Higley and Justice Massengale, subject to change by the Court.

**The Court will not hear oral argument.**

Parties are encouraged to sign up for automated e-mail notices on the "CaseMail" page of the Court's website (http://www.txcourts.gov/1stcoa).

Very truly yours,

Christopher A. Prine, Clerk of the Court

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 1 2015

CHRISTOPHER A. PRINE
CLERK



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W $ 000.48⁰
0001372104 MAY. 12 2015

RtS

CASE NO. 01-14-00506-CR
DANIEL DESANTIAGO-CARAZA
#145761
FORT BEND COUNTY JAIL
1410 WI...
RICHMO...

NIXIE          773    5E    1          0005/29/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699          *1933-06702-15-43